[Civ. No. 9932. First Appellate District, Division One.—July 9, 1935.]

C. R. BELL, Petitioner, v. THE SUPERIOR COURT OF THE CITY AND COUNTY OF SAN FRANCISCO, Respondent.

Murphy & Doherty for Petitioner.

No appearance for Respondent.

THE COURT.— ] Petitioner seeks by *certiorari* to review a certain order of the superior court. The petition is denied on the authority of *Cassidy* v. *Norton*, 25 Cal. App. 433 [143 Pac. 1057], and *Camp* v. *Oakland Mortgage etc. Co.*, 205 Cal. 380 [270 Pac. 865].

[Civ. No. 9931. First Appellate District, Division One.—July 9, 1935.]

C. R. BELL, Petitioner, v. THE SUPERIOR COURT OF THE CITY AND COUNTY OF SAN FRANCISCO, Respondent.